UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | DOCKET NO. 1:16-CR-0212-003 |
| | : | |
| TOREY WHITE, | : | CHIEF JUDGE CONNER |
| **Defendant** | : | |
| | : | ELECTRONICALLY FILED |

### TOREY WHITE'S MOTION TO COMPEL DISCOVERY

AND NOW, comes the Defendant, Torey White, by and through his attorneys, Matthew L. Engle, Esquire and Donald F. Martino, Esquire, and files the following Motion to Compel Discovery pursuant to Federal Rules of Criminal Procedure 12(b)(4)(B) and 16(a)(1) and offers the following in support:

1. On December 20, 2018, a Grand Jury sitting in the Middle District of Pennsylvania returned a Second Superseding Indictment charging Torey White with two (2) counts of Conspiring to Unlawfully Obstruct, Delay, and Affect Commerce by Robbery resulting in Death, in violation of 18 U.S.C. § 1951(a), with three (3) counts of Brandishing and Discharging a Firearm in relation to a Robbery resulting in Death, in violation of 18 U.S.C. § 924(j), with one (1) count of Conspiring to Travel and Causing another to Travel in Interstate Commence with the Intent to Commit Murder, in violation of 18 U.S.C. § 1958, and with three (3) counts of Murdering Another with the Intent to Prevent Communication with Law Enforcement, in violation of 18 U.S.C. § 1512(a)(1)(C).

2. On January 29, 2019, Torey White appeared before United States Magistrate Judge Martin C. Carlson for his Initial Appearance and Arraignment and entered a plea of not guilty to the above charges.

3. On January 31, 2019, Counsel for Mr. White sent a letter to Assistant United States Attorney William A. Behe requesting items of discovery.

4. Following counsel's initial request, this Court ruled Mr. White's case complex and facilitated the appointment of a Coordinating Discovery Attorney.

5. Counsel for Mr. White have received numerous items of discovery through Court Appointed Coordinating Discovery Attorney, Julie de Almeida, Esquire.

6. Nearly all of the above received discovery materials were provided on a thumb drive dated May 24, 2019, sent to counsel by Attorney Almeida.

7. Counsel for Mr. White reviewed the contents of the provided thumb drive and sent a letter to A.U.S.A. Behe on June 14, 2019 requesting additional items of discovery.

8. Counsel received no items of discovery as a result of this request.

9. In late July and early August, Counsel for Mr. White communicated with Attorney Almeida to attempt to facilitate a coordinated effort to obtain additional items of discovery from the United States.

10. Attorney Almeida communicated with counsel for all defendants in the above matter and then sent a letter to A.U.S.A. Behe requesting additional items of discovery on August 13, 2019.

11. Counsel received a hard drive containing discovery from Attorney Almeida on December 1, 2019.

12. In addition, Counsel has received documents related to the recovery of a Walther PF .380 semi-automatic handgun and several recorded interviews from A.U.S.A. Behe.

13. On January 29, 2020, a Grand Jury sitting in the Middle District of Pennsylvania returned a Third Superseding Indictment adding two (2) additional charges of conspiracy against Mr. White and amending the factual allegations to the Introduction of the Indictment.

14. Counsel has continued to address discovery issues with Attorney Almeida and A.U.S.A. Behe.

15. As of the filing of this motion, Counsel for Mr. White have not received any of the requested items of discovery and A.U.S.A. Behe indicates he does not concur in Counsel's request for the below listed items.

16. In accordance with the above informal requests, Counsel for Mr. White hereby requests this Court direct Counsel for the United States to provide the following items of discovery:

   A. The video recorded polygraph examination and interview of Devin DeStefano;

   B. A copy of the video and audio recorded interview conducted July 25, 2018, of unindicted coconspirator Angela Barney and all information obtained from Ms. Barney's cellular telephone turned over to SA Keith T. Keirzhowski by Detective Jesse Duffey on August 1, 2018;

   C. The address for Lakesha Gibson's residence which is redacted from DEA 6 Report prepared July 24, 2018 stamped USA0000003947;

   D. All recorded phone calls in the possession or control of the United States or law enforcement attributed to Ronald Armstead or other persons recorded at the Washington County Sheriff's Office and Detention Center located at 500 Western Maryland Parkway, Hagerstown, Maryland;

E. A copy of all video and/or audio produced from any surveillance or other camera depicting June 25, 2016, at 11026 Welsh Run Road, Greencastle, Pennsylvania including, but not limited to, any surveillance camera on the property maintained by Phillip Jackson or Amber Jackson, any surveillance camera on the property maintained by any other party or entity or any surveillance camera located on any adjacent property or any roadway;

F. A full report and all analysis regarding the polygraph examinations conducted on Defendant Torey White and Devin DeStefano on June 27, 2016 including, but not limited to, the following items:

    a. Polygraph reports,

    b. All polygraph charts,

    c. All test questions and the questions used to formulate the final test questions,

    d. The Polygraph Examiner's score sheet,

    e. The Polygraph Examiner's Curriculum Vitae;

G. The timelines for Defendant Torey White, Devin DeStefano, and Wendy Chaney prepared by P.A.C.I.C. Analyst Brandi Buckles for June 25, 2016;

H. All documents, recordings, police reports, phone and text records, witness interviews and all other information within the possession or the control of the United States or other law enforcement agencies which support or offer information regarding the Government's statement in Paragraph 81 of Exhibit A, Affidavit of Probable Cause, of the Application for an Order Authorizing the Interception of Wire and Electronic Communications filed with the Superior Court of Pennsylvania on May 1, 2017 that, "Your Affiants are aware that cooperation with law enforcement by Chaney against

White and Cole's drug trafficking activities serves as a potential motive for these homicides;"

I. A copy of all tracing and registry documents, photographs of, and all ballistics tests conducted on the Walther PF .380 semi-automatic handgun, serial number PK029442, and eight (8) bullets recovered during the traffic stop conducted on November 2, 2016 by the Hagerstown Police Department and all other firearms seized, obtained, tested, or otherwise within the possession or control of the United States and/or law enforcement related to the above indicted matter;

J. The laboratory results and reports of any laboratory analysis conducted in conjunction with the above indicted matter including all documents related to the laboratory's and utilized equipment's certifications and testing procedures including, but not limited to, the following items:

   a. Ballistics analysis and reports for the bullets and bullet fragments found in the bodies of the three (3) victims named in the Second Superseding Indictment filed December 20, 2018;

   b. Ballistics analysis and reports for the bullets and bullet fragments found in Phillip Jackson's barn located at 11026 Welsh Run Road, Greencastle, Pennsylvania 17225,

   c. Ballistics analysis and reports for any bullets and bullet fragments found outside Phillip Jackson's barn,

   d. Ballistics analysis and reports for all bullets and bullet fragments found in the tree sections taken from Phillip Jackson's property for analysis.

K. The laboratory results and reports for any laboratory analysis conducted on the pink arrow, camouflage bolt and/or cross bow recovered from the crime scene on June 25, 2016 including the testing procedures utilized, certifications for the testing equipment and the laboratory utilized and the Curriculum Vitae for each person conducting each test;

L. Photographs and reports regarding any analysis performed on all foot prints found at the crime scene located at 11026 Welsh Run Road, Greencastle, Pennsylvania related to the above indicted matter including, but not limited to, the foot print found on the 2014 white Toyota Corolla, vehicle plate number 1BK7861 and the foot prints found on the back of the television located within Phillip Jackson's barn including the testing procedures utilized, certifications for the testing equipment and the laboratory utilized and the Curriculum Vitae for each person conducting each test.

M. A summary of all expert or other opinions the United States intends to offer at trial or any pretrial proceeding relating to the above captioned matter in accordance with the Federal Rules of Criminal Procedure including, but not limited to, reports pertaining to D.N.A. analysis, D.N.A. probability analysis and the likelihood ratio, Serology analysis, Gun Shot Residue Analysis, and analysis of thermal damage including the full report and Curriculum Vitae for each proposed expert rendering an opinion.

WHEREFORE, Torey White respectfully requests this Honorable Court issue an Order directing the United States Attorney to provide the above requested items of discovery to Counsel for Mr. White so that they may investigate the circumstances surrounding the above captioned matter and otherwise properly and adequately prepare a defense on Mr. White's behalf.

Respectfully Submitted,

/s/ Donald F. Martino, Esquire
Donald F. Martino, Esquire
Counsel for Torey White
PA ID# 85476
25 West Third Street, Suite 302
Williamsport, Pennsylvania  17701
(570) 567-7055
(570) 505-1601 (FAX)
dmartino0022@comcast.net

/s/ Matthew L. Engle, Esquire
Matthew L. Engle, Esquire
Counsel for Torey White
*Admitted Pro Hac Vice*
Va. Bar No. 46833
1134 East High Street, Unit A
Charlottesville, Virginia  22902
(800) 428-5214
(434) 465-6866
matthew@donovanengle.com

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | DOCKET NO. 1:16-CR-0212-003 |
| | : | |
| **TOREY WHITE,** | : | **CHIEF JUDGE CONNER** |
| **Defendant** | : | |
| | : | **ELECTRONICALLY FILED** |

## CERTIFICATE OF SERVICE

AND NOW, comes Donald F. Martino, Esquire, Attorney for Torey White, and certifies that a true and correct copy of the foregoing Motion to Compel Discovery has been served upon AUSA William A. Behe, Federal Building, 228 Walnut Street, P.O. Box 11754, Harrisburg, Pennsylvania 17108 via E.C.F., or, if necessary, by first class mail, postage prepaid, this 19th day of June, 2020.

/s/ Donald F. Martino, Esquire
Donald F. Martino, Esquire
Counsel for Torey White
PA ID# 85476
25 West Third Street, Suite 302
Williamsport, Pennsylvania 17701
(570) 567-7055
(570) 505-1601 (FAX)
dmartino0022@comcast.net