# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Prosecution, | ) | |
| | ) | |
| v. | ) | DOCKET NO. 1:16-CR-0212-003 |
| | ) | |
| | ) | THE HON. CHRISTOPHER CONNER |
| TOREY WHITE, | ) | |
| DEVIN DICKERSON, | ) | |
|     Defendants. | ) | ELECTRONICALLY FILED |

## MOTION TO COMPEL IMMEDIATE PRODUCTION
## OF EXCULPATORY STATEMENTS

COME NOW Defendants Torey White and Devin Dickerson, by counsel, pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and the Fifth and Sixth Amendments to the United States Constitution, and respectfully request an Order requiring the Government to produce the items identified below immediately. Specifically, Defendants White and Dickerson request the immediate production of the following items:

1. Any and all recorded interviews and proffers of Kenyatta Corbett, including but not limited to July 20, 2018;

2. Any and all recorded interviews and proffers with Johnny Jenkins-Armstrong, including but not limited to October 31, 2017 (post-arrest interview) and June 11, 2018 (proffer).

3. Any and all statements, whether in the form of a proffer or another type of statement, made by any Codefendant or witness who admits to have a role in the charged offenses or knowledge of the charged offenses but either (a) states that he does not know Torey White or Devin Dickerson, (b) states that Torey White or Devin Dickerson was not involved in the charged offenses, or (c) gives an account of the charged offenses, including any meeting used to discuss or plan the offenses, that does not include Torey

White or Devin Dickerson, regardless of whether the Government has reached a cooperation agreement with this Codefendant or witness or intends to call him as a trial witness. These Codefendants and witnesses include, but are not limited to: Mark Johnson, Christopher Johnson, Kenyatta Corbett, Nicholas Preddy, Michael Buck, Deandre Coleman, Johnnie Jenkins-Armstrong, and Angela Barney.

4. Any and all recorded interviews of Devin Destefano;

5. Recorded enactment/interview of Devin Destefano at crime scene;

6. Recording of polygraph examination of Devin Destefano; and

7. Any and all recorded interviews of Zack Bowie.

Argument and authority in support of this request is set forth in the accompanying Brief.

WHEREFORE, Defendants White and Dickerson respectfully request that the Court enter an order compelling the prosecution to produce these items. To the extent that the prosecution disputes the exculpatory nature of these items, Defendants White and Dickerson respectfully request that they immediately be submitted to the Court for *in camera* review in accordance with this Court's Order of January 7, 2021 (Doc. 767).

Respectfully submitted,

| Counsel for Torey White | Counsel for Devin Dickerson |
|---|---|
| /s/ Matthew L. Engle, Esquire | /s/ Michael Wiseman |
| Matthew L. Engle, Esquire | Michael Wiseman, Esq. |
| Va. Bar No. 46833 | WISEMAN & SCHWARTZ, LLP |
| DONOVAN & ENGLE, PLLC | 718 Arch Street, Suite 792 North |
| 1134 East High St., Unit A | Philadelphia, Pennsylvania 19106 |
| Charlottesville, Virginia 22902 | (215) 450-0903 (telephone) |
| (800) 428-5214 (telephone) | wiseman@wisemanschwartz.com |
| (434) 465-6866 (fax) | |
| matthew@donovanengle.com | |
| | |
| /s/ Donald F. Martino, Esquire | /s/ Elisabeth Pasqualini |
| Donald F. Martino, Esquire | Elisabeth Pasqualini, Esq. |

| | |
|---|---|
| PA ID # 85476 | EKHP LAW, LLC |
| 25 West Third Street, Suite 102 | 407 N. Front Street, Suite 2 |
| Williamsport, Pennsylvania 17701 | Harrisburg, Pennsylvania 17101 |
| (570) 567-7055 (telephone) | (717) 412-4386 |
| (570) 505-1601 (fax) | e@ekhplaw.com |
| dmartino0022@comcast.net | |

**CERTIFICATE OF SERVICE**

AND NOW comes Matthew L. Engle, Esquire, counsel for Torey White, and certifies that a true and correct copy of the foregoing Motion has been served upon AUSA Willam A. Behe, Federal Building, 228 Walnut Street, P.O. Box 11754, Harrisburg, Pennsylvania 17108 via E.C.F., or, if necessary, by first class mail, postage prepaid, this 14th day of October, 2021.

/s/ Matthew L. Engle, Esquire
Matthew L. Engle, Esquire
Va. Bar No. 46833
DONOVAN & ENGLE, PLLC
1134 East High St., Unit A
Charlottesville, Virginia 22902
(800) 428-5214 (telephone)
(434) 465-6866 (fax)
matthew@donovanengle.com